IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ANTONE L. TAYLOR                                                                                           PLAINTIFF
ADC #154829

V.                                          NO: 4:16CV00128 SWW/PSH

S. JOHNSON *et al*                                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Susan W. Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Antone L. Taylor, an inmate at the Arkansas Department of Correction's Wrightsville Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, on March 8, 2016. On May 16, 2016, the Court entered an order noting Taylor's claims against each defendant were not clear, and directing him to file an amended complaint (Doc. No. 4). That same order warned Taylor that his failure to file the amended complaint within 30 days would result in the recommended dismissal of his complaint. More than 30 days have passed, and Taylor has not filed an amended complaint as ordered, or otherwise responded to the order. Under these circumstances, the Court

1

concludes that Taylor's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Antone L. Taylor's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE