# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

ANTONE L. TAYLOR                                                                                           PLAINTIFF
ADC #154829

V.                                        NO: 4:16CV00128 SWW

S. JOHNSON *et al*                                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 14th day of July, 2016.

*/s/Susan Webber Wright*
UNITED STATES DISTRICT JUDGE